1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Jehonany Alexander Valdez-Serrano

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,           )  Case No. 08MJ8163
                                        )
12              Plaintiff,              )
                                        )
13 v.                                   )  **CERTIFICATE OF SERVICE**
                                        )
14 JEHONANY ALEXANDER VALDEZ-SERRANO,   )
                                        )
15              Defendant.              )
   _____ )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                         Respectfully submitted,

22

23 DATED:        February 27, 2008          /s/ Carey D. Gorden
                                            **CAREY D. GORDEN**
24                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Jehonany Alexander Valdez-Serrano
25

26

27

28